UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**The Regents of the University of California**
1111 Franklin Street
Oakland, CA 94607

       **Petitioner (ITC Complainant)**
v.

**Feit Electric Company, Inc.**
4901 Gregg Road
Pico Rivera, CA 90660

**Home Depot Product Authority, LLC**
2455 Paces Ferry Road
Atlanta, GA 30339

**Home Depot U.S.A., Inc.**
2455 Paces Ferry Road
Atlanta, Georgia 30339

**The Home Depot, Inc.**
2455 Paces Ferry Road
Atlanta, Georgia 30339

**IKEA Supply AG**
Grtissenweg 15
CH-4133 Pratteln Switzerland

**IKEA U.S. Retail LLC**
420 Alan Wood Road
Conshohocken, PA 19428

**IKEA of Sweden AB**
Tulpanvagen 8 Almhult
343 34 Sweden

Misc. Action No.  Case: 1:20−mc−00122
                    Assigned To : Bates, John D.
                    Assign. Date : 12/4/2020
                    Description: Misc.

**Consumer Lighting (U.S.) LLC**
d/b/a GE Lighting
1975 Noble Road
East Cleveland, OH 44112

**Savant Systems, Inc.**
45 Perseverance Way
Hyannis, MA 02601

**General Electric Company**
5 Necco Street
Boston, MA, 02210

**Satco Products, Inc.,**
110 Heartland Boulevard
Brentwood, NY 11717

       **Respondents (ITC Respondents)**

## THE REGENTS' UNOPPOSED AND EXPEDITED MOTION FOR ISSUANCE OF LETTER OF REQUEST PURSUANT TO 28 U.S.C. § 1782

Petitioner The Regents of the University of California ("The Regents"), Complainant in *Certain Filament Light-Emitting Diodes and Products Containing Same (II)*, Investigation No. 337-TA-1220 before the U.S. International Trade Commission ("the ITC Investigation"), respectfully requests that this Court issue, under its seal and signature, the attached Request for International Judicial Assistance ("Letter of Request") directed to the Chief Secretary for Administration of Hong Kong, China, pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters (28 U.S.C. § 1782) ("the Hague Convention"). The purpose of this request is to obtain documents and/or testimony relevant to the ITC Investigation from the following foreign third party witness, Super Trend Lighting (Group) Ltd. (hereinafter, "Foreign Entity Supplier"):

**Super Trend Lighting (Group) Ltd.**

1/F Green 18, No. 18
Science Park East Avenue
Shatin, Hong Kong

Administrative Law Judge Clark S. Cheney, who presides over the ITC Investigation, has recommended that the United States District Court for the District of Columbia issue the Letter of Request. Judge Cheney's Recommendation is attached hereto as **Exhibit 1**.

The Regents submits that the requested testimony and documents are in the interest of justice, that the Foreign Entity Supplier is not subject to service of subpoenas within the United States, and that the Foreign Entity Supplier cannot be directly compelled to produce documents or make witnesses available in the United States. The discovery sought is relevant to The Regents' claims of patent infringement against Respondents.

In accordance with LCvR 7(m), counsel for The Regents has conferred with Respondents' counsel about requested relief in this motion, and Respondents do not oppose the relief requested.

For these reasons, and others set forth more fully in the accompanying memorandum of points and authorities, The Regents respectfully requests that the Court assign a Judge to this matter and expedite the issuance of the attached Letter of Request, with the required enclosures, including a set of requests for the production of documents and other things, a set of deposition topics, the Protective Order, the Ground Rules, and the Complaint (Attachments A, B, C, D, and E, respectively, to the Letter of Request) attached hereto as **Exhibit 2**.[1] The Regents requests the Court's urgent attention because the period for fact discovery in the ITC Investigation concludes on March 23, 2021, and trial is set to begin on July 12, 2021.

---

[1] Per the State Department's Guidelines, The Regents understands that Letters of Request to the Chief Secretary for Administration of Hong Kong do not require translation. *See* U.S. Department of State—Bureau of Consular Affairs, Hong Kong Country Information, Service of Process, available at https://travel.state.gov/content/travel/en/ legal/Judicial-Assistance-Country-Information/HongKong.html (last visited Nov. 20, 2020) ("Letters of Request and accompanying documents should be prepared in duplicate and do not require translation from English.").

Dated:  December 3, 2020                                        Respectfully submitted,


*/s/ Brian J. Whittaker*
Brian J. Whittaker (D.C. Bar. No. 997952)
Evan H. Langdon (D.C. Bar No. 1003057)
**NIXON PEABODY LLP**
799 9th Street NW, Suite 500
Washington, DC 20001-5327
Telephone: (202) 585-8000
Facsimile: (202) 585-8080
E-Mail: bwhittaker@nixonpeabody.com
Regents_ITC2@nixonpeabody.com

Seth D. Levy (D.C. Bar. No. 1026061)
**NIXON PEABODY LLP**
300 South Grand Avenue, Suite 4100
Los Angeles, CA 90071-3151
Telephone: (213) 629-6000
Facsimile: (213) 629-6001

Paulina M. Starostka (D.C. Bar. No. 241709)
**NIXON PEABODY LLP**
70 West Madison, Suite 3500
Chicago, IL 60602-4224
Telephone: (312) 977-4400
Facsimile: (844) 709-6738

*Counsel for Petitioner (ITC Complainant)*
*The Regents of the University of California*

**CERTAIN FILAMENT LIGHT-EMITTING DIODES AND**       Inv. No. 337-TA-1220
**PRODUCTS CONTAINING SAME (II)**

## CERTIFICATE OF SERVICE

      I, Brian J. Whittaker, hereby certify that on December 3, 2020, copies of the foregoing motion and accompanying memorandum and exhibits were caused to be served upon the following via electronic mail:

Jennifer Dienes, Esq.
Office of Unfair Import Investigations
**U.S. INTERNATIONAL TRADE COMMISSION**
500 E Street, S.W.
Washington, D.C. 20436
jennifer.dienes@usitc.gov

**On Behalf of Respondents General Electric Company, Consumer Lighting (US) LLC d/b/a GE Lighting, and Savant Systems, Inc.:**

Patrick J. McCarthy, Esq.
**GOODWIN PROCTER LLP**
1900 N Street, NW
Washington, DC 20036
Email: PMcCarthy@goodwinlaw.com

**On Behalf of Respondents IKEA Supply AG, IKEA U.S. Retail LLC, and IKEA of Sweden AP:**

David F. Nickel, Esq.
**FOSTER, MURPHY, ALTMAN & NICKEL, PC**
1150 18th Street NW, Suite 775
Washington, DC 20036
Email: dnickel@fostermurphy.com

**On Behalf of Respondent Satco Products, Inc.:**

Scott J. Bornstein, Esq.
**GREENBERG TRAURIG, LLP**
MetLife Building
200 Park Avenue, 38th Floor
New York, NY 10166
Email: bornsteins@gtlaw.com

**CERTAIN FILAMENT LIGHT-EMITTING DIODES AND**      Inv. No. 337-TA-1220
**PRODUCTS CONTAINING SAME (II)**

Certificate of Service – Page 2

**On Behalf of Respondent Feit Electric Company, Inc.:**

Jay H. Reiziss, Esq.
**MCDERMOTT WILL & EMERY LLP**
500 North Capitol Street, NW
Washington, DC 20001
Email: jreiziss@mwe.com

**On Behalf of Respondents Home Depot Product Authority, LLC, Home Depot U.S.A., Inc., and The Home Depot, Inc.:**

Ryan K. Walsh, Esq.
**JONES DAY**
1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309
Email: rkwalsh@jonesday.com

**On Behalf of Intervenor Signify North America Corporation:**

Adam D. Swain, Esq.
**ALSTON & BIRD LLP**
950 F Street, NW
Washington, DC 20004
Email: adam.swain@alston.com

**On Behalf of Non-Party Global Value Lighting LLC:**

Jay Emerick, Esq.
**KIRKLAND & ELLIS LLP**
300 N. LaSalle
Chicago, IL 60654
Email: jay.emerick@kirkland.com

                                   */s/ Brian J. Whittaker*
                                   Brian J. Whittaker (D.C. Bar No. 997952)
                                   Evan H. Langdon (D.C. Bar No. 1003057)
                                   **NIXON PEABODY LLP**

799 9th Street NW, Suite 500
Washington, DC 20001-5327
Telephone: (202) 585-8000
Facsimile: (202) 585-8080
E-Mail: bwhittaker@nixonpeabody.com
Regents_ITC2@nixonpeabody.com

Seth D. Levy (D.C. Bar. No. 1026061)
**NIXON PEABODY LLP**
300 South Grand Avenue, Suite 4100
Los Angeles, CA 90071-3151
Telephone: (213) 629-6000
Facsimile: (213) 629-6001

Paulina M. Starostka (D.C. Bar. No. 241709)
**NIXON PEABODY LLP**
70 West Madison, Suite 3500
Chicago, IL 60602-4224
Telephone: (312) 977-4400
Facsimile: (844) 709-6738

*Counsel for Petitioner (ITC Complainant)*
*The Regents of the University of California*